UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. MCMAHON,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

Case No.: 2:10-CV-01485-AB

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Richard A. Kessler
Richard A. Kessler, Esquire
Attorney for the Defendant

Date: October 5, 2010

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney for the Plaintiff

Date: October 5, 2010

BY THE COURT:

_____ J.

10/6/10

Copies via ECF on ___   Copies via US mail on ___